

**Re: Transferred case has been opened**
InterDistrictTransfer_WIED     to: Julie Lyday                        08/17/2016 09:51 AM
Sent by: Jelena Vekic

From:      InterDistrictTransfer_WIED/m/07/uscourts
To:        Julie Lyday/WIED/07/USCOURTS@USCOURTS
Sent by:   Jelena Vekic/WIED/07/USCOURTS

---

Notice_NCED     CASE: 2:16-cv-00423 DETAILS: Case transferre...     08/17/2016 05:53:41 AM

From:      Notice_NCED@nced.uscourts.gov
To:        InterdistrictTransfer_WIED@wied.uscourts.gov
Date:      08/17/2016 05:53 AM
Subject:   Transferred case has been opened

```
CASE: 2:16-cv-00423

DETAILS: Case transferred from Wisconsin Eastern
has been opened in EASTERN DISTRICT OF NORTH CAROLINA
as case 5:16-cv-00745, filed 08/16/2016.
```